THEODORE LUMBRAZO, Respondent, v. S. D. WOODRUFF
et al., Appellants.

(Submitted May 11, 1931; decided May 19, 1931.)

Motion to amend remittitur granted, and remittitur amended so as to give judgment on the counterclaim for $1,065, with interest from September 25, 1927. (See 256 N. Y. 92.)

NEW YORK INVESTORS, INC., Appellant, v. MANHATTAN BEACH BATHING PARKS CORPORATION et al., Respondents.

(Submitted May 11, 1931; decided May 19, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 162.)

SALLIE V. KILROY, Respondent, v. THE UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK, Appellant.

(Submitted May 11, 1931; decided May 19, 1931.)

*Clinton T. Taylor* for motion.
*Robert P. Schur* opposed.

Motion denied.